UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT

CIVIL ACTION NO. 05-CV-66

BILLY STEWART JEFFRIES,                                             PETITIONER


v.                              **OPINION AND ORDER**


JAMES L. MORGAN, Warden                                          RESPONDENT

**** **** **** ****

On September 9, 2005, petitioner Billy Stewart Jeffries filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Consistent with local practice, this matter was referred to the United States Magistrate Judge for consideration.

The Magistrate Judge filed his proposed report and recommendation on April 11, 2006. Based on a review of the state court record and the applicable case law relevant to federal habeas corpus petitions, the Magistrate Judge concluded that the petition is not entitled to federal habeas corpus relief. Accordingly, the Magistrate Judge recommends that petitioner's habeas petition be denied and that this action be dismissed and stricken from the docket.

On April 25, 2006, petitioner filed objections to the Magistrate Judge's proposed report and recommendation. This Court must make a *de novo* determination of those portions of the Magistrate Judge's proposed report and recommendation to which objection is made. 28 U.S.C. § 636(b)(1)(C). Having considered petitioner's objections, which the Court finds to be without merit, and having made a *de novo* determination, the Court hereby adopts the Magistrate Judge's proposed findings of fact and conclusions of law.

Accordingly, the Court, being otherwise fully and sufficiently advised, HEREBY ORDERS that

(1)     the Magistrate Judge's report and recommendation [DE #14] is ADOPTED as and for the opinion of the Court;

(2)     petitioner's objections to the Magistrate Judge's report and recommendation [DE #15] are OVERRULED;

(3)     petitioner's petition for a writ of habeas corpus [DE #1] is DENIED; and

(4)     judgment will be entered contemporaneously with this opinion and order in favor of respondent.

This the 2nd day of May, 2006.

**Signed By:**

**_Karen K. Caldwell_**   KKC

**United States District Judge**