UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT

CIVIL ACTION NO. 05-CV-66

BILLY STEWART JEFFRIES, PETITIONER

v. **OPINION AND ORDER**

JAMES L. MORGAN, Warden RESPONDENT

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

This matter is before the Court on the Motion for Certificate of Appealability (Rec. No. 20) and the Motion for Leave to Appeal in Forma Pauperis (Rec. No. 19) filed by the Petitioner.

The Petitioner's Motion for Leave to Appeal in Forma Pauperis complies with Rule 24(a)(1) of the Federal Rules of Appellate Procedure and, accordingly, the Motion is GRANTED.

A Certificate of Appealability may be issued "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The substantial showing threshold is satisfied when a petitioner demonstrates "that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Reasonable jurists would debate this court's assessment of the Petitioner's claim that the Kentucky state courts unreasonably applied *Brady v. Maryland*, 373 U.S. 83 (1963) with regards to the government's failure to turn over information related to John Dillon.

Accordingly, IT IS HEREBY ORDERED that :

1) Petitioner's Motion for Leave to Appeal in Forma Pauperis (Rec. No. 19) is GRANTED;

2) Petitioner's Motion for Certificate of Appealability (Rec. No. 20) is GRANTED in

part and DENIED in part. The Motion is GRANTED with regards to the issue of whether the Kentucky state courts unreasonably applied *Brady v. Maryland*, 373 U.S. 83 (1963) but the motion is otherwise DENIED;

3) this judgment is FINAL; and

4) this matter is STRICKEN from the active docket of this court.

This the 17th day of October, 2006.

Signed By:
*Karen K. Caldwell*  KKC
United States District Judge