UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO. 05-CV-66

BILLY STEWART JEFFRIES,                                                                              PETITIONER

v.                                                  **JUDGMENT**

JAMES L. MORGAN, Warden                                                                      RESPONDENT

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

In accordance with the opinion and order entered contemporaneously with this judgment, the Court HEREBY ORDERS AND ADJUDGES that

(1) the petition for a writ of habeas corpus is DISMISSED WITH PREJUDICE and judgment is entered in favor of respondent;

(2) this judgment is FINAL; and

(3) this matter is STRICKEN from the active docket.

Dated this 10th day of December, 2009.



Signed By:

*Karen K. Caldwell*

**United States District Judge**